Form 213

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Kimberly Sue Stewart
aka Kimberly S. Stewart, aka Kim Stewart**
   Debtor(s)

Bankruptcy Case No.: 12–11794–TPA
Related to Docket No. 58
Chapter: 13
Docket No.: 59 – 58
Concil. Conf.: October 4, 2016 at 11:00 AM

## ORDER

    **WHEREAS,** the Trustee filed and served a *Certificate of Default Requesting Dismissal of Case,* alleging that the Debtor(s) failed to make regular plan payments and are in material default under the plan,

    **IT IS HEREBY ORDERED** that, on or before **August 29, 2016,** Debtor(s) must file *Documentary Proof of Payment* according to the accompanying *Instructions,* together with either:

    1. a *Notarized Affidavit* or *Declaration* under penalty of perjury that states Debtor(s)' current mailing address and includes an explanation of Debtor(s)' failure to comply with the current plan payment and/or a statement setting forth why the Debtor(s) dispute the *Certificate of Default;*

**OR**

    2. a *Notice of Proposed Modification to Confirmed Plan* and an *Amended Plan* to cure the plan defaults. Debtor(s) must make all plan payments in accordance with the *Amended Plan* pending its confirmation. If the Debtor(s) default on such plan payments, and if the Trustee moves for dismissal of this case, the case will be **DISMISSED,** without further notice or hearing.

    **IT IS FURTHER ORDERED** that, if the Debtor(s) elect to file an *Amended Plan,* the Debtor(s) must immediately serve a copy of the *Notice of Proposed Modification to Confirmed Plan,* the *Amended Plan,* and the *Documentary Proof of Payment* on the Chapter 13 Trustee and all parties on the mailing matrix and file a *Certificate of Service* with the Clerk.

    On or before **September 13, 2016,** if the Debtor(s) elect to file an *Amended Plan,* all *Objections* must be filed and served on the Debtor(s), Chapter 13 Trustee and any creditor whose claim is the subject of the *Objection.* Any creditor who files a timely *Objection* must appear at the scheduled Conciliation Conference. Untimely *Objections* will not be considered.

    On **October 4, 2016** at **11:00 AM** a Conciliation Conference (on plan defaults or the *Amended Plan)* will occur with the Chapter 13 Trustee at Bankruptcy Courtroom, U.S. Courthouse, 17 South Park Row, Erie, PA 16501.

    If the Parties cannot resolve all disputes at the conciliation conference, a hearing will be scheduled and orally announced at the conclusion of the conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the conciliation conference to the extent such parties desire more information regarding the outcome of the conciliation conference.

    This case will be **DISMISSED WITHOUT PREJUDICE** and no hearing or conference shall take place, unless the Debtor(s) comply fully with this *Order* by filing and serving all of the required items.

Dated: July 15, 2016

cm: All Creditors and Parties In Interest

_____
Thomas P. Agresti, Judge
United States Bankruptcy Court

**INSTRUCTIONS FOR DOCUMENTARY PROOF OF PAYMENT**

In response to the Trustee's *Certificate of Default Requesting Dismissal of Case,* Debtor(s) must file *Documentary Proof of Payment* that at least one full plan payment has been submitted to the Trustee since the Trustee filed and served the *Certificate of Default.*

The *Documentary Proof of Payment* must include a copy of a money order, cashier's check, earnings statement(s) or pay stub(s) showing payroll or benefit deduction(s) used to make the plan payment.

The *Documentary Proof of Payment* must also include a copy of the Trustee's printout of the Debtor(s)' payment history of receipts (available on the Trustee's website) indicating the amounts and dates of payments received by the Trustee.

Debtor(s)' case name and bankruptcy case number must be included on the payment.

The plan payment must be sent to the Chapter 13 Trustee's lock box bank account addressed to:

> Ronda J. Winnecour, Trustee
> P.O. Box 1132
> Memphis, TN 38101–1132.

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 12-11794-TPA
Kimberly Sue Stewart                                                    Chapter 13
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-1         User: jmar              Page 1 of 4             Date Rcvd: Jul 15, 2016
                             Form ID: 213            Total Noticed: 115

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 17, 2016.
```
db              Kimberly Sue Stewart,    5964 Route 76,    Ripley, NY 14775
aty            +Robert Edward McBride,    32 West Eighth Street, Suite 600,    Erie, PA 16501-1352
cr            ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
                (address filed with court:   Toyota Motor Credit Corporation,    19001 South Western Avenue,
                Torrance, CA  90509-2958)
13569294       +AT&T Correspondence,    PO Box 24787,    Fort Lauderdale, FL 33307-4787
13569288        Accounts Receivable Management, Inc.,    PO Box 129,    Thorofare, NJ 08086-0129
13569290       +Advantage Physical Therapy,    2803 N. George Street,    York, PA 17406-3022
13569292       +Apple Hill Podiatry Associates,    25 Monument Road,    York, PA 17403-5060
13569293       +Associated Clinical Laboratories,    1526 Peach St.,    Erie, PA 16501-2190
13686486       +Attorney General of the United States,    Civil Division, Bankruptcy Section,
                U.S. Department of Justice,    Washington, DC 20530-0001
13569296       +Berkheimer,    50 N. Seventh St.,    Bangor, PA 18013-1798
13569297        Berkheimer Tax Administrator,    P.O. Box 25153,    Lehigh Valley, PA 18002-5153
13569299        Boyd/Wilson Property Management,    1600 Olde Hickory Road,    Suite 100,    Lancaster, PA 17601
13569300       +Bright Horizons,    2655 West Midway Blvd.,    Suite 330,    Broomfield, CO 80020-7187
13569301        Bureau of Account Management,    3607 Rosemont Avenue, Suite 502,    PO Box 8875,
                Camp Hill, PA 17001-8875
13569306       +CB Accounts, Inc.,    124 SW Adams Street,    Suite 215,    Peoria, IL 61602-2321
13569307       +CBCS,    P.O. Box 164089,    Columbus, OH 43216-4089
13625980       +CMI-Community Medicine,    Convergent Healthcare Recoveries,    P.O. Box 1289,
                Peoria, IL 61654-1289
13629347      ++COLUMBIA GAS,    290 W NATIONWIDE BLVD 5TH FL,    BANKRUPTCY DEPARTMENT,    COLUMBUS OH 43215-4157
                (address filed with court:   Columbia Gas of Ohio, Inc.,    200 Civic Center Drive,    11th Floor,
                Columbus, OH  43215)
13569304       +Capital One,    P.O. Box 30253,    Salt Lake City, UT 84130-0253
13569302        Capital One,    PO Box 30285,    Salt Lake City, UT 84130-0285
13569305       +Cardiac Diagnostic Associates P.C.,    25 Monument Road,    York, PA 17403-5055
13569309        Columbia Gas PA,    P.O. Box 742537,    Cincinnati, OH 45274-2537
13569311       +Comcast,    221 West Philadelphia Street,    Suite 12,    York, PA 17401-2992
13569314       +Convergent Outsourcing,    800 SW 39th Street,    Renton, WA 98057-4975
13569315       +Credit Bureau of York,    33 S. Duke Street,    York, PA 17401-1485
13569317       +Creditech,    50 North 7th St.,    Bangor, PA 18013-1791
13569318      ++DOMINION VIRGINIA POWER,    PO BOX 26666,    18TH FLOOR,    RICHMOND VA 23261-6666
                (address filed with court:   Dominion Virginia Power,    P.O. Box 26666,
                Richmond, VA 23261-6666)
13569319       +Drs. Golden & Matz, LLC,    7939 Honeygo Boulevard,    Baltimore, MD 21236-5992
13569321       +EOS CCA,    700 Longwater Drive,    Norwell, MA 02061-1624
13569322       +EOS CCA,    P.O. Box 5055,    Norwell, MA 02061-5055
13569323        First Energy/Met Ed,    2800 Pottsville Pike,    PO Box 16001,    Reading, PA 19612-6001
13602876       +Ginny’s,    c/of Creditors Bankruptcy Service,    P.O. Box 740933,    Dallas, TX 75374-0933
13569328        Ginny’s Inc,    1112 7th Avenue,    Monroe, WI 53566-1364
13569329        Great Lakes Home Healthcare Services,    PO Box 643730,    Pittsburgh, PA 15264-3730
13569330       +HSBC Card Services,    Orchard Bank Gold Visa,    P.O. Box 80084,    Salinas, CA 93912-0084
13569332       +HSBC/BOSCOV,    P.O. Box 5253,    Carol Stream, IL 60197-5253
13569331       +HSBC/Bon Ton,    P.O. Box 5253,    Carol Stream, IL 60197-5253
13569335       +Lahey Clinic,    41 Maill Road,    Burlington, MA 01803-2601
13569336       +Lahey Clinic/Northeastern Hospitals,    1 Essex Center Drive,    Peabody, MA 01960-2925
13569337        Lake Erie Spine & Injury Center,    1005 Peninsula Drive,    Erie, PA 16505-4159
13569338       +Macy’s - Dept. Stores National Bank,    Bankruptcy Processing,    PO Box 8053,
                Mason, OH 45040-8053
13713039       +Maleno Development,    2340 West Grandview Boulevard,    Erie, PA 16506-4588
13713040       +Maleno Family Limited Partnership,    2315 Jamestown Drive,    Erie, PA 16506-6710
13569339       +Marcam Associates Billing & Accounts,    Receivable Services,    P.O. Box 230,
                Somersworth, NH 03878-0230
13569340        Maryland Family Care,    P.O. Box 824180,    Philadelphia, PA 19182-4180
13569325       +MedStar Franklin Square Medical Center,    Franklin Square Hospital,
                9000 Franklin Square Drive,    Baltimore, MD 21237-3997
13569342       +Medicor Associates, Inc.,    3330 Peach Street, Suite 203,    Erie, PA 16508-2772
13569343        Medicor Associates, Inc.,    PO Box 489,    Erie, PA 16512
13569341        Medicor Associates, Inc.,    104 East Second Street,    Erie, PA 16507-1532
13569344        Medicor Associates, Inc.,    120 East Second Street,    Erie, PA 16507-1579
13569345       +Memorial Hospital,    P.O. Box 505167,    Saint Louis, MO 63150-5167
13541018        Millcreek Paramedic Service,    PO Box 9038,    Erie, PA 16505-8038
13569347       +Mohela/Dept. of Education,    633 Spirit Drive,    Chesterfield, MO 63005-1243
13569348       +Mohela/Dept. of Education,    P.O. Box 5609,    Greenville, TX 75403-5609
13569350       +National Recovery Agency, Inc.,    2491 Paxton St,    Harrisburg, PA 17111-1036
13569354       +Pa. Collection Service,    63 Valley View Drive,    Washington, PA 15301-2409
13569355        Patient First,    P.O. Box 758941,    Baltimore, MD 21275-8941
13569356       +Penelec,    331 Newman Springs Road,    Bldg 3,    Attn: Bankruptcy Dept.,
                Red Bank, NJ 07701-5688
13568377       +Pennsylvania Electric Company,    a First Energy Company,    331 Newman Springs Road,
                Building 3,    Red Bank, NJ 07701-5688
13569357       +Pinnacle Credit Services,    7900 Highway 7 #100,    Minneapolis, MN 55426-4045
```

```
District/off: 0315-1           User: jmar                   Page 2 of 4                   Date Rcvd: Jul 15, 2016
                               Form ID: 213                 Total Noticed: 115

13569358      +Plaza Dental Associates,    702 West 34th Street,    Erie, PA 16508-2692
13569360       Primus Automotive,    P.O. Box 524000,    Omaha, NE 68154
13569361      +Resort Management Association,    7950 NW 53rd Street,    Suite 337,    Miami, FL 33166-4791
13569363      +Saint Mary's Home of Erie,    607 East 26th Street,    Erie, PA 16504-2887
13569364      +Saint Vincent Health Center,    PLCS/SM,    232 West 25th St.,    Erie, PA 16544-0002
13569365       Saint Vincent Institute,    3530 Peach St. LL1,    Erie, PA 16508-2768
13569295      +Sara A. Austin, Esquire,    226 East Market Street,    York, PA 17403-2001
13541020      +Sprint (Nextel) Customer Services,    PO Box 8077,    London, KY 40742-8077
13569369       St. Joseph Medical Center,    P.O. Box 644163,    Pittsburgh, PA 15264-4163
13559258       Toyota Motor Credit Corporation (TMCC),    PO BOX 8026,    Cedar Rapids, Iowa 52408-8026
13569373      +U.S. Dept. of Education/NDSL/AT,    400 Maryland Avenue SW,    Washington DC 20202-0008
13569375      +UPMC CMI Community Medicine,    P.O. Box 382059,    Pittsburgh, PA 15250-0001
13541025       UPMC Hamot Medical Center,    c/o Pat. Acct. Dept.,    201 State St.,    Erie, PA 16550-0001
13569378       UPMC Physician Services,    P.O. Box 371980,    Pittsburgh, PA 15250-7980
13654860       US Department of Education,    PO BOX 16448,    St Paul MN 55116-0448
13569374      +United Collection Service,    106 Commerce Street,    Suite 106,    Lake Mary, FL 32746-6217
13686488       United States Attorney,    Civil Process Clerk,    633 U.S. Post Office and Courthouse,
                Pittsburgh, PA 15219-1955
13686489       United States Attorney,    Western District of Pennsylvania,    17 South Park Row, Room A330,
                Erie, PA 16501-1168
13569379      +Verizon,    Bankruptcy Administration,    404 Brock Drive,    Bloomington, IL 61701-2654
13569380       Verizon Wireless,    PO Box 17464,    Baltimore, MD 21297-1464
13569382      +Well Span Medical Group,    1803 Mount Rose Avenue,    Suite B-3,    York, PA 17403-3051
13569381      +William H. Walters, DDS,    127 Dodge Street,    Beverly, MA 01915-1830
13569383      +Windsor Commons,    21 Windsor Way,    Red Lion, PA 17356-8788

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             E-mail/PDF: rmscedi@recoverycorp.com Jul 16 2016 00:46:54
               Recovery Management Systems Corporation,    25 S.E. Second Avenue,    Suite 1120,
                Miami, FL  33131-1605
13569289      +Fax: 864-336-7400 Jul 16 2016 00:43:41      Advance America,    372 Pantops Center,
                Charlottesville, VA 22911-8679
13569291       E-mail/PDF: recoverybankruptcy@afninet.com Jul 16 2016 00:46:19      Afni, Inc.,    PO Box 3427,
                Bloomington, IL 61702-3427
13585356      +E-mail/PDF: recoverybankruptcy@afninet.com Jul 16 2016 00:46:59      Afni, Inc.,    PO Box 3667,
                Bloomington, IL 61702-3667
13569298      +E-mail/Text: banko@berkscredit.com Jul 16 2016 00:47:43       Berks Credit & Collection,
                900 Corporate Drive,    Reading, PA 19605-3340
13569308      +E-mail/Text: matthartweg@cbjcredit.com Jul 16 2016 00:48:50       CBJ Credit Recovery,
                117 W. 4th Street,    Jamestown, NY 14701-5005
13606959      +E-mail/Text: JCAP_BNC_Notices@jcap.com Jul 16 2016 00:48:29
               COLLECTO US ASSET MANAGEMNT, INC.,    c o Jefferson Capital Systems LLC,    PO BOX 7999,
                SAINT CLOUD MN 56302-7999
13569310      +E-mail/Text: WST_Bankruptcy@cable.comcast.com Jul 16 2016 00:48:43       Comcast,
                4700 Little Blue PW,    Independence, MO 64057-8304
13569316      +E-mail/Text: hariasdiaz@creditmanagementcompany.com Jul 16 2016 00:48:35
               Credit Management Company,    2121 Noblestown Road,    Pittsburgh, PA 15205-3956
13569320      +E-mail/Text: Billing_Paperwork@emergycare.org Jul 16 2016 00:48:51       Emergycare Inc.,
                1701 Sassafras Street,    Erie, PA 16502-1857
13569324      +E-mail/Text: bankruptcy@icsystem.com Jul 16 2016 00:48:40       First Energy/Met Ed,
                c/o I.C. Systems,    P.O. Box 64378,    Saint Paul, MN 55164-0378
13569326      +E-mail/PDF: gecsedi@recoverycorp.com Jul 16 2016 00:46:48       GECRB/jcp,    P.O. Box 965007,
                Orlando, FL 32896-5007
13569327       E-mail/PDF: gecsedi@recoverycorp.com Jul 16 2016 00:45:21       GECRB/jcp,    P.O. Box 984100,
                El Paso, TX 79998
13569333      +E-mail/Text: bankruptcy@icsystem.com Jul 16 2016 00:48:40       IC Systems,    PO Box 64378,
                Saint Paul, MN 55164-0378
13686487       E-mail/Text: cio.bncmail@irs.gov Jul 16 2016 00:47:40       Internal Revenue Service,
                Centralized Insolvency Operations,    PO Box 7346,    Philadelphia, PA 19101-7346
13541017       E-mail/PDF: gecsedi@recoverycorp.com Jul 16 2016 00:46:48       JC Penney/GE Money Bank,
                PO Box 981403,    El Paso, TX 79998-1403
13569334      +E-mail/Text: bnckohlsnotices@becket-lee.com Jul 16 2016 00:47:38       Kohls/Cap One,
                P.O. Box 3115,    Milwaukee, WI 53201-3115
13569351      +E-mail/Text: bankruptcydepartment@tsico.com Jul 16 2016 00:48:46       NCO Financial 02,
                507 Prudential Road,    Horsham, PA 19044-2368
13569352      +E-mail/Text: bankruptcydepartment@tsico.com Jul 16 2016 00:48:46       NCO Financial/99,
                P.o. Box 15636,    Wilmington, DE 19850-5636
13569349      +E-mail/Text: Bankruptcy@natfuel.com Jul 16 2016 00:48:13
               National Fuel Gas Distribution Corp.,    1100 State Street,    PO Box 2081,
                Erie, PA 16512-2081
13569353       E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 16 2016 00:47:52       PA Deparment of Revenue,
                Bankruptcy Division,    PO Box 280946,    Harrisburg, PA 17128-0946
13654699       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 16 2016 01:00:09
               Portfolio Recovery Associates LLC,    P.O. Box 41067,    Norfolk, VA  23541
13653873       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 16 2016 01:00:15
               Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
13569359       E-mail/PDF: rmscedi@recoverycorp.com Jul 16 2016 00:46:17       Portfolio Investments II LLC,
                c/o Recovery Management Systems Corp.,    25 SE 2nd Avenue, Suite 1120,    Attn: Ramesh Singh,
                Miami, FL 33131-1605
```

```
District/off: 0315-1            User: jmar                   Page 3 of 4                   Date Rcvd: Jul 15, 2016
                                Form ID: 213                 Total Noticed: 115
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
13558802         E-mail/PDF: rmscedi@recoverycorp.com Jul 16 2016 00:45:34
                  Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                  Miami, FL 33131-1605
13541021         E-mail/Text: appebnmailbox@sprint.com Jul 16 2016 00:48:11      Sprint PCS,    PO Box 219554,
                  Kansas City, MO 64121-9554
13541019         E-mail/Text: appebnmailbox@sprint.com Jul 16 2016 00:48:11      Sprint-Nextel Correspondence,
                  ATTENTION: Bankruptcy Dept.,    P.O. Box 7949,   Overland Park, KS  66207-0949
13569366         E-mail/Text: appebnmailbox@sprint.com Jul 16 2016 00:48:11      Sprint,    KSOPHT0101-Z4300,
                  6391 Sprint Parkway,    Overland Park, KS 66251-4300
13569371         E-mail/Text: dl-ral-collectionshelpdesk2@twcable.com Jul 16 2016 00:48:39       Time Warner Cable,
                  5651 Jordan Road,    Erie, PA 16510-4627
13569372        +E-mail/Text: dl-ral-collectionshelpdesk2@twcable.com Jul 16 2016 00:48:39       Time Warner Cable,
                  P.O. Box 0901,    Carol Stream, IL 60132-0901
13569376        +E-mail/Text: BankruptcyNotice@upmc.edu Jul 16 2016 00:48:44      UPMC Hamot,
                  1650 Metropolitan Street,    Third Floor - Customer Service,    Pittsburgh, PA 15233-2212
13569377        +E-mail/Text: BankruptcyNotice@upmc.edu Jul 16 2016 00:48:44      UPMC Physician Services,
                  1650 Metropolitan Street,    Third Floor - Customer Service,    Pittsburgh, PA 15233-2213
                                                                                                 TOTAL: 32

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr               Champion Mortgage LLC
13569346*        Millcreek Paramedic Service,    PO Box 9038,   Erie, PA 16505-8038
13569362*        RJM Acquisitions LLC,    575 Underhill Blvd. Suite 224,   Syosset, NY 11791-3416
13569368*       ++SPRINT NEXTEL CORRESPONDENCE,    ATTN BANKRUPTCY DEPT,   PO BOX 7949,
                  OVERLAND PARK KS 66207-0949
                 (address filed with court: Sprint PCS,    PO Box 219554,   Kansas City, MO 64121-9554)
13592818*        Sprint,    KSOPHT0101-Z4300,   6391 Sprint Parkway,   Overland Park, KS 66251-4300
13569367*       +Sprint (Nextel) Customer Services,    PO Box 8077,   London, KY 40742-8077
13541022*       ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,   CEDAR RAPIDS IA 52408-8026
                 (address filed with court: Toyota Financial Services,    Asset Protection Dept,    PO Box 2958,
                  Torrance, CA 90509-2958)
13541023*       ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,   CEDAR RAPIDS IA 52408-8026
                 (address filed with court: Toyota Financial Services,    PO Box 8026,
                  Cedar Rapids, IA 52409-8026)
13541024*       ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,   CEDAR RAPIDS IA 52408-8026
                 (address filed with court: Toyota Motor Credit,    PO Box 9490,   Cedar Rapids, IA 52409)
13569303       ##+Capital One,   26525 N. Riverwoods Blvd.,    Lake Forest, IL 60045-3438
13569312       ##+Commercial Acceptance Company,    2 W. Main Street,   Shiremanstown, PA 17011-6326
13569313       ##+Contract Callers, Inc.,   1058 Clausen Road,    Suite 110,   Augusta, GA 30907-0301
13569370       ##+Laura Stewart,   937 Wyoming Avenue,    Erie, PA 16505-3833
13555523       ##+Rjm Acquisitions Llc,   575 Underhill Blvd, Suite 224,    Syosset, NY 11791-3416
13569384       ##+York Hospital,   P.O. Box 15124,   York, PA 17405-7124
                                                                                       TOTALS: 1, * 8, ## 6
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 17, 2016                                       Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0315-1           User: jmar                  Page 4 of 4                  Date Rcvd: Jul 15, 2016
                               Form ID: 213                Total Noticed: 115
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 15, 2016 at the address(es) listed below:

        Andrew F Gornall    on behalf of Creditor    Champion Mortgage LLC agornall@goldbecklaw.com,
         bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
        Barbara A. Fein    on behalf of Creditor    Toyota Motor Credit Corporation juliep@lobaf.com,
         lawofficeofbarbarafein@gmail.com
        Daniel P. Foster    on behalf of Debtor Kimberly Sue Stewart dan@mrdebtbuster.com,
         clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
        Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
        Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com

                                                                                                                                                         TOTAL: 5