FILED
7/20/16 12:24 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Kimberly Sue Stewart<br>         a/k/a Kimberly S. Stewart<br>         a/k/a Kim Stewart<br>              Debtor | CHAPTER 13<br><br>CASE NO. 12-11794-TPA<br><br>DOCKET NO.  50 |
| Toyota Motor Credit Corporation<br>         Movant<br>v.<br>Kimberly Sue Stewart<br>         Debtor/Respondent<br><br>Ronda J. Winnecour, Standing Trustee<br>         Additional Respondent | 11 U.S.C. §362<br><br>HEARING DATE: JULY 27, 2016<br><br>TIME: 11:00AM |

## ORDER

AND NOW this ___20th___ day of _____July_____, 2016, after consideration of Motion of Toyota Motor Credit Corporation for relief from Automatic Stay pursuant to 11 U.S.C. §362, and good cause having been shown, it is

ORDERED that the Automatic Stay of Section 3262(a) of the Bankruptcy Code is terminated as to Toyota Motor Credit Corporation, which may proceed to enforce its state remedies against the 2006 Toyota Camry having VIN4T1BE32K66U117718, including taking possession of the foregoing vehicle and selling it in accordance with law; and it is further

_____
Thomas P. Agresti, U.S.B.J.

Movant's Attorney:  Barbara A. Fein, Esquire, 721 Dresher Road, Suite 1050, Horsham, PA 19044
Debtor:  Kimberly Sue Stewart, Route 76, Ripley, NY 14775
Debtor's Attorney:  Daniel P. Foster, Esquire, P.O. Box 966, Meadville, PA 16335
Ronda J. Winnecour, Standing Trustee, U.S. Steel Tower, Suite 3250, 600 Grant Street, Pittsburgh, PA 15219

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Kimberly Sue Stewart  
    Debtor

Case No. 12-11794-TPA  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-1     User: culy     Page 1 of 1     Date Rcvd: Jul 20, 2016  
                   Form ID: pdf900     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 22, 2016.  
db         Kimberly Sue Stewart,    5964 Route 76,    Ripley, NY 14775  
aty        +Robert Edward McBride,    32 West Eighth Street, Suite 600,    Erie, PA 16501-1352

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.     TOTAL: 0

       ***** BYPASSED RECIPIENTS *****  
NONE.     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 22, 2016            Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 20, 2016 at the address(es) listed below:  
       Andrew F Gornall    on behalf of Creditor    Champion Mortgage LLC agornall@goldbecklaw.com,  
        bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com  
       Barbara A. Fein    on behalf of Creditor    Toyota Motor Credit Corporation juliep@lobaf.com,  
        lawofficeofbarbarafein@gmail.com  
       Daniel P. Foster    on behalf of Debtor Kimberly Sue Stewart dan@mrdebtbuster.com,  
        clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com  
       Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
       Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com  
                                                 TOTAL: 5