Form 309

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **Kimberly Sue Stewart** | : | Case No. 12–11794–TPA |
| **aka Kimberly S. Stewart, aka Kim Stewart** | : | Chapter: 13 |
| *Debtor(s)* | : | |
| | : | |
| | : | |
| | : | |
| | : | |

## ORDER DISMISSING CASE WITHOUT PREJUDICE AND TERMINATING WAGE ATTACHMENT

*AND NOW,* this ***2nd day of September, 2016,*** after notice and hearing and the Debtor(s) having failed to comply with the requirements of the *Bankruptcy Code*, the *Local Rules* of this Court and/or an Order of Court, it is hereby ***ORDERED, ADJUDGED and DECREED*** as follows:

(1) The above–captioned case is ***DISMISSED, without prejudice***. The Debtor(s) remain legally liable for all his/her/their debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to *11 U.S.C. §349*. Creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect. ***Generally, a creditor's lawsuit must be filed either before the time deadline imposed by state law for filing runs, or (30) thirty days after date of this Order, whichever is later.***

(2) Each income attachment issued in this case is now terminated. So that each employer and entity subject to an attachment Order knows to stop the attachment, the Debtor(s) shall immediately serve a copy of this order on each such employer and entity.

(3) The Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of the UST Form 13–FR–S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further order of Court.

(4) The Clerk shall give notice to all creditors of this dismissal.

Thomas P. Agresti, Judge
United States Bankruptcy Court

Case Administrators to serve:
All Creditors and All Parties In Interest

```
                                United States Bankruptcy Court
                                Western District of Pennsylvania
In re:                                                                              Case No. 12-11794-TPA
Kimberly Sue Stewart                                                                Chapter 13
                   Debtor
                                        CERTIFICATE OF NOTICE
District/off: 0315-1              User: jmar                  Page 1 of 4                  Date Rcvd: Sep 02, 2016
                                  Form ID: 309                Total Noticed: 119


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 04, 2016.
db              Kimberly Sue Stewart,    5964 Route 76,    Ripley, NY  14775
aty            +Robert Edward McBride,    32 West Eighth Street, Suite 600,    Erie, PA 16501-1352
13569294       +AT&T Correspondence,    PO Box 24787,    Fort Lauderdale, FL 33307-4787
13569288        Accounts Receivable Management, Inc.,    PO Box 129,    Thorofare, NJ 08086-0129
13569290       +Advantage Physical Therapy,    2803 N. George Street,    York, PA 17406-3022
13569292       +Apple Hill Podiatry Associates,    25 Monument Road,    York, PA 17403-5060
13569293       +Associated Clinical Laboratories,    1526 Peach St.,    Erie, PA 16501-2190
13686486       +Attorney General of the United States,    Civil Division, Bankruptcy Section,
                 U.S. Department of Justice,    Washington, DC 20530-0001
13569296       +Berkheimer,    50 N. Seventh St.,    Bangor, PA 18013-1798
13569297        Berkheimer Tax Administrator,    P.O. Box 25153,    Lehigh Valley, PA 18002-5153
13569299        Boyd/Wilson Property Management,    1600 Olde Hickory Road,    Suite 100,    Lancaster, PA 17601
13569300       +Bright Horizons,    2655 West Midway Blvd.,    Suite 330,    Broomfield, CO 80020-7187
13569301        Bureau of Account Management,    3607 Rosemont Avenue, Suite 502,    PO Box 8875,
                 Camp Hill, PA 17001-8875
13569306       +CB Accounts, Inc.,    124 SW Adams Street,    Suite 215,    Peoria, IL 61602-2321
13625980       +CMI-Community Medicine,    Convergent Healthcare Recoveries,    P.O. Box 1289,
                 Peoria, IL 61654-1289
13629347      ++COLUMBIA GAS,    290 W NATIONWIDE BLVD 5TH FL,    BANKRUPTCY DEPARTMENT,    COLUMBUS OH 43215-4157
               (address filed with court: Columbia Gas of Ohio, Inc.,    200 Civic Center Drive,    11th Floor,
                 Columbus, OH  43215)
13569305       +Cardiac Diagnostic Associates P.C.,    25 Monument Road,    York, PA 17403-5055
13569309        Columbia Gas PA,    P.O. Box 742537,    Cincinnati, OH 45274-2537
13569311       +Comcast,    221 West Philadelphia Street,    Suite 12,    York, PA 17401-2992
13569315       +Credit Bureau of York,    33 S. Duke Street,    York, PA 17401-1485
13569317       +Creditech,    50 North 7th St.,    Bangor, PA 18013-1791
13569318      ++DOMINION VIRGINIA POWER,    PO BOX 26666,    18TH FLOOR,    RICHMOND VA 23261-6666
               (address filed with court: Dominion Virginia Power,    P.O. Box 26666,
                 Richmond, VA 23261-6666)
13569319       +Drs. Golden & Matz, LLC,    7939 Honeygo Boulevard,    Baltimore, MD 21236-5992
13569321       +EOS CCA,    700 Longwater Drive,    Norwell, MA 02061-1624
13569322       +EOS CCA,    P.O. Box 5055,    Norwell, MA 02061-5055
13569323        First Energy/Met Ed,    2800 Pottsville Pike,    PO Box 16001,    Reading, PA 19612-6001
13602876       +Ginny’s,    c/of Creditors Bankruptcy Service,    P.O. Box 740933,    Dallas, TX 75374-0933
13569328        Ginny’s Inc,    1112 7th Avenue,    Monroe, WI 53566-1364
13569329        Great Lakes Home Healthcare Services,    PO Box 643730,    Pittsburgh, PA 15264-3730
13569335       +Lahey Clinic,    41 Maill Road,    Burlington, MA 01803-2601
13569336       +Lahey Clinic/Northeastern Hospitals,    1 Essex Center Drive,    Peabody, MA 01960-2925
13569337        Lake Erie Spine & Injury Center,    1005 Peninsula Drive,    Erie, PA 16505-4159
13713039       +Maleno Development,    2340 West Grandview Boulevard,    Erie, PA 16506-4588
13713040       +Maleno Family Limited Partnership,    2315 Jamestown Drive,    Erie, PA 16506-6710
13569339       +Marcam Associates Billing & Accounts,    Receivable Services,    P.O. Box 230,
                 Somersworth, NH 03878-0230
13569340        Maryland Family Care,    P.O. Box 824180,    Philadelphia, PA 19182-4180
13569325       +MedStar Franklin Square Medical Center,    Franklin Square Hospital,
                 9000 Franklin Square Drive,    Baltimore, MD 21237-3997
13569342       +Medicor Associates, Inc.,    3330 Peach Street, Suite 203,    Erie, PA 16508-2772
13569343        Medicor Associates, Inc.,    PO Box 489,    Erie, PA 16512
13569341       +Medicor Associates, Inc.,    104 East Second Street,    Erie, PA 16507-1532
13569344       +Medicor Associates, Inc.,    120 East Second Street,    Erie, PA 16507-1579
13569345       +Memorial Hospital,    P.O. Box 505167,    Saint Louis, MO 63150-5167
13541018        Millcreek Paramedic Service,    PO Box 9038,    Erie, PA 16505-8038
13569347       +Mohela/Dept. of Education,    633 Spirit Drive,    Chesterfield, MO 63005-1243
13569348       +Mohela/Dept. of Education,    P.O. Box 5609,    Greenville, TX 75403-5609
13569351       +NCO Financial 02,    507 Prudential Road,    Horsham, PA 19044-2368
13569350       +National Recovery Agency, Inc.,    2491 Paxton St.,    Harrisburg, PA 17111-1036
13569354       #+Pa. Collection Service,    63 Valley View Drive,    Washington, PA 15301-2409
13569355        Patient First,    P.O. Box 758941,    Baltimore, MD 21275-8941
13569356       +Penelec,    331 Newman Springs Road,    Bldg 3,    Attn: Bankruptcy Dept.,
                 Red Bank, NJ 07701-5688
13568377       +Pennsylvania Electric Company,    a First Energy Company,    331 Newman Springs Road,
                 Building 3,    Red Bank, NJ 07701-5688
13569357       +Pinnacle Credit Services,    7900 Highway 7 #100,    Minneapolis, MN 55426-4045
13569358       +Plaza Dental Associates,    702 West 34th Street,    Erie, PA 16508-2692
13569360        Primus Automotive,    P.O. Box 524000,    Omaha, NE 68154
13569361       +Resort Management Association,    7950 NW 53rd Street,    Suite 337,    Miami, FL 33166-4791
13569363       +Saint Mary’s Home of Erie,    607 East 26th Street,    Erie, PA 16504-2887
13569364       +Saint Vincent Health Center,    PLCS/SM,    232 West 25th St.,    Erie, PA 16544-0002
13569365        Saint Vincent Institute,    3530 Peach St. LL1,    Erie, PA 16508-2768
13569295       +Sara A. Austin, Esquire,    226 East Market Street,    York, PA 17403-2001
13541020       +Sprint (Nextel) Customer Services,    PO Box 8077,    London, KY 40742-8077
13569369        St. Joseph Medical Center,    P.O. Box 644163,    Pittsburgh, PA 15264-4163
13569373       +U.S. Dept. of Education/NDSL/AT,    400 Maryland Avenue SW,    Washington DC 20202-0008
13569375       +UPMC CMI Community Medicine,    P.O. Box 382059,    Pittsburgh, PA 15250-0001
```

```
District/off: 0315-1           User: jmar                   Page 2 of 4                    Date Rcvd: Sep 02, 2016
                               Form ID: 309                 Total Noticed: 119


13541025       UPMC Hamot Medical Center,    c/o Pat. Acct. Dept.,    201 State St.,    Erie, PA 16550-0001
13569378       UPMC Physician Services,    P.O. Box 371980,    Pittsburgh, PA 15250-7980
13654860       US Department of Education,    PO BOX 16448,    St Paul MN 55116-0448
13569374      +United Collection Service,    106 Commerce Street,    Suite 106,    Lake Mary, FL 32746-6217
13686488       United States Attorney,    Civil Process Clerk,    633 U.S. Post Office and Courthouse,
                Pittsburgh, PA 15219-1955
13686489       United States Attorney,    Western District of Pennsylvania,    17 South Park Row, Room A330,
                Erie, PA 16501-1168
13569382      +Well Span Medical Group,    1803 Mount Rose Avenue,    Suite B-3,    York, PA 17403-3051
13569381      +William H. Walters, DDS,    127 Dodge Street,    Beverly, MA 01915-1830
13569383      +Windsor Commons,   21 Windsor Way,    Red Lion, PA 17356-8788
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             EDI: RECOVERYCORP.COM Sep 03 2016 01:13:00      Recovery Management Systems Corporation,
                25 S.E. Second Avenue,    Suite 1120,   Miami, FL 33131-1605
cr             EDI: TFSR.COM Sep 03 2016 01:13:00      Toyota Motor Credit Corporation,
                19001 South Western Avenue,    Torrance, CA 90509-2958
13569289      +Fax: 864-336-7400 Sep 03 2016 01:28:03      Advance America,    372 Pantops Center,
                Charlottesville, VA 22911-8679
13569291       EDI: AFNIRECOVERY.COM Sep 03 2016 01:13:00      Afni, Inc.,    PO Box 3427,
                Bloomington, IL 61702-3427
13585356      +EDI: AFNIRECOVERY.COM Sep 03 2016 01:13:00      Afni, Inc.,    PO Box 3667,
                Bloomington, IL 61702-3667
13569298      +E-mail/Text: banko@berkscredit.com Sep 03 2016 01:32:45       Berks Credit & Collection,
                900 Corporate Drive,    Reading, PA 19605-3340
13569307      +EDI: CBCSI.COM Sep 03 2016 01:13:00      CBCS,    P.O. Box 164089,    Columbus, OH 43216-4089
13569308      +E-mail/Text: matthartweg@cbjcredit.com Sep 03 2016 01:33:30       CBJ Credit Recovery,
                117 W. 4th Street,    Jamestown, NY 14701-5005
13606959      +EDI: JEFFERSONCAP.COM Sep 03 2016 01:13:00      COLLECTO US ASSET MANAGEMNT, INC.,
                c o Jefferson Capital Systems LLC,    PO BOX 7999,    SAINT CLOUD MN 56302-7999
13569304      +EDI: CAPITALONE.COM Sep 03 2016 01:13:00      Capital One,    P.O. Box 30253,
                Salt Lake City, UT 84130-0253
13569302       EDI: CAPITALONE.COM Sep 03 2016 01:13:00      Capital One,    PO Box 30285,
                Salt Lake City, UT 84130-0285
13569303      +EDI: CAPITALONE.COM Sep 03 2016 01:13:00      Capital One,    26525 N. Riverwoods Blvd.,
                Lake Forest, IL 60045-3438
13569310      +E-mail/Text: WST_Bankruptcy@cable.comcast.com Sep 03 2016 01:33:28       Comcast,
                4700 Little Blue PW,    Independence, MO 64057-8304
13569314      +EDI: CONVERGENT.COM Sep 03 2016 01:13:00      Convergent Outsourcing,    800 SW 39th Street,
                Renton, WA 98057-4975
13569316      +E-mail/Text: hariasdiaz@creditmanagementcompany.com Sep 03 2016 01:33:22
                Credit Management Company,    2121 Noblestown Road,    Pittsburgh, PA 15205-3956
13569320      +E-mail/Text: Billing_Paperwork@emergycare.org Sep 03 2016 01:33:31       Emergycare Inc.,
                1701 Sassafras Street,    Erie, PA 16502-1857
13569324      +EDI: IIC9.COM Sep 03 2016 01:13:00      First Energy/Met Ed,    c/o I.C. Systems,
                P.O. Box 64378,    Saint Paul, MN 55164-0378
13569326      +EDI: RMSC.COM Sep 03 2016 01:13:00      GECRB/jcp,    P.O. Box 965007,    Orlando, FL 32896-5007
13569327       EDI: RMSC.COM Sep 03 2016 01:13:00      GECRB/jcp,    P.O. Box 984100,    El Paso, TX 79998
13569330       EDI: HFC.COM Sep 03 2016 01:13:00      HSBC Card Services,    Orchard Bank Gold Visa,
                P.O. Box 80084,    Salinas, CA 93912-0084
13569332      +EDI: HFC.COM Sep 03 2016 01:13:00      HSBC/BOSCOV,    P.O. Box 5253,
                Carol Stream, IL 60197-5253
13569331      +EDI: HFC.COM Sep 03 2016 01:13:00      HSBC/Bon Ton,    P.O. Box 5253,
                Carol Stream, IL 60197-5253
13569333      +EDI: IIC9.COM Sep 03 2016 01:13:00      IC Systems,    PO Box 64378,    Saint Paul, MN 55164-0378
13686487       EDI: IRS.COM Sep 03 2016 01:13:00      Internal Revenue Service,
                Centralized Insolvency Operations,    PO Box 7346,    Philadelphia, PA 19101-7346
13541017       EDI: RMSC.COM Sep 03 2016 01:13:00      JC Penney/GE Money Bank,    PO Box 981403,
                El Paso, TX 79998-1403
13569334      +EDI: CBSKOHLS.COM Sep 03 2016 01:13:00      Kohls/Cap One,    P.O. Box 3115,
                Milwaukee, WI 53201-3115
13569338      +EDI: TSYS2.COM Sep 03 2016 01:13:00      Macy’s - Dept. Stores National Bank,
                Bankruptcy Processing,    PO Box 8053,    Mason, OH 45040-8053
13569352      +E-mail/Text: bankruptcydepartment@tsico.com Sep 03 2016 01:33:30       NCO Financial/99,
                P.o. Box 15636,    Wilmington, DE 19850-5636
13569349      +E-mail/Text: Bankruptcy@natfuel.com Sep 03 2016 01:33:05
                National Fuel Gas Distribution Corp.,    1100 State Street,    PO Box 2081,
                Erie, PA 16512-2081
13569353       E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 03 2016 01:33:00       PA Deparment of Revenue,
                Bankruptcy Division,    PO Box 280946,    Harrisburg, PA 17128-0946
13654699       EDI: PRA.COM Sep 03 2016 01:13:00      Portfolio Recovery Associates LLC,    P.O. Box 41067,
                Norfolk, VA  23541
13653873       EDI: PRA.COM Sep 03 2016 01:13:00      Portfolio Recovery Associates, LLC,    POB 12914,
                Norfolk VA 23541
13569359       EDI: RECOVERYCORP.COM Sep 03 2016 01:13:00      Portfolio Investments II LLC,
                c/o Recovery Management Systems Corp.,    25 SE 2nd Avenue, Suite 1120,    Attn:  Ramesh Singh,
                Miami, FL 33131-1605
13558802       EDI: RECOVERYCORP.COM Sep 03 2016 01:13:00      Recovery Management Systems Corporation,
                25 S.E. 2nd Avenue, Suite 1120,    Miami, FL 33131-1605
```

```
District/off: 0315-1           User: jmar                  Page 3 of 4                  Date Rcvd: Sep 02, 2016
                               Form ID: 309                Total Noticed: 119

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
13541021       EDI: NEXTEL.COM Sep 03 2016 01:13:00      Sprint PCS,    PO Box 219554,
                Kansas City, MO 64121-9554
13541019       EDI: NEXTEL.COM Sep 03 2016 01:13:00      Sprint-Nextel Correspondence,
                ATTENTION: Bankruptcy Dept.,     P.O. Box 7949,     Overland Park, KS 66207-0949
13569366       EDI: NEXTEL.COM Sep 03 2016 01:13:00      Sprint,    KSOPHT0101-Z4300,     6391 Sprint Parkway,
                Overland Park, KS 66251-4300
13541022       EDI: TFSR.COM Sep 03 2016 01:13:00      Toyota Financial Services,    Asset Protection Dept,
                PO Box 2958,    Torrance, CA 90509-2958
13541023       EDI: TFSR.COM Sep 03 2016 01:13:00      Toyota Financial Services,    PO Box 8026,
                Cedar Rapids, IA 52409-8026
13541024       EDI: TFSR.COM Sep 03 2016 01:13:00      Toyota Motor Credit,    PO Box 9490,
                Cedar Rapids, IA 52409
13569371       E-mail/Text: DL-ICOMSBankruptcy@charter.com Sep 03 2016 01:33:24       Time Warner Cable,
                5651 Jordan Road,    Erie, PA 16510-4627
13569372      +E-mail/Text: DL-ICOMSBankruptcy@charter.com Sep 03 2016 01:33:24       Time Warner Cable,
                P.O. Box 0901,    Carol Stream, IL 60132-0901
13559258       EDI: TFSR.COM Sep 03 2016 01:13:00      Toyota Motor Credit Corporation (TMCC),     PO BOX 8026,
                Cedar Rapids, Iowa 52408-8026
13569376      +E-mail/Text: BankruptcyNotice@upmc.edu Sep 03 2016 01:33:28       UPMC Hamot,
                1650 Metropolitan Street,    Third Floor - Customer Service,     Pittsburgh, PA 15233-2212
13569377      +E-mail/Text: BankruptcyNotice@upmc.edu Sep 03 2016 01:33:28       UPMC Physician Services,
                1650 Metropolitan Street,    Third Floor - Customer Service,     Pittsburgh, PA 15233-2213
13569379      +EDI: VERIZONCOMB.COM Sep 03 2016 01:13:00      Verizon,    Bankruptcy Administration,
                404 Brock Drive,    Bloomington, IL 61701-2654
13569380       EDI: VERIZONCOMB.COM Sep 03 2016 01:13:00      Verizon Wireless,    PO Box 17464,
                Baltimore, MD 21297-1464
                                                                                               TOTAL: 47

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Champion Mortgage LLC
13569346*       Millcreek Paramedic Service,    PO Box 9038,    Erie, PA 16505-8038
13569362*       RJM Acquisitions LLC,    575 Underhill Blvd. Suite 224,     Syosset, NY 11791-3416
13569368*     ++SPRINT NEXTEL CORRESPONDENCE,     ATTN BANKRUPTCY DEPT,    PO BOX 7949,
                OVERLAND PARK KS 66207-0949
               (address filed with court:   Sprint PCS,    PO Box 219554,    Kansas City, MO 64121-9554)
13592818*       Sprint,    KSOPHT0101-Z4300,    6391 Sprint Parkway,    Overland Park, KS 66251-4300
13569367*      +Sprint (Nextel) Customer Services,    PO Box 8077,    London, KY 40742-8077
13569312      ##+Commercial Acceptance Company,    2 W. Main Street,    Shiremanstown, PA 17011-6326
13569313      ##+Contract Callers, Inc.,    1058 Clausen Road,    Suite 110,    Augusta, GA 30907-0301
13569370      ##+Laura Stewart,    937 Wyoming Avenue,    Erie, PA 16505-3833
13555523      ##+Rjm Acquisitions Llc,    575 Underhill Blvd, Suite 224,     Syosset, NY 11791-3416
13569384      ##+York Hospital,    P.O. Box 15124,    York, PA 17405-7124
                                                                                      TOTALS: 1, * 5, ## 5

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 04, 2016                                  Signature:  /s/Joseph Speetjens

```
District/off: 0315-1           User: jmar                  Page 4 of 4                  Date Rcvd: Sep 02, 2016
                               Form ID: 309                Total Noticed: 119
```

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 2, 2016 at the address(es) listed below:

```
              Andrew F Gornall    on behalf of Creditor    Champion Mortgage LLC agornall@goldbecklaw.com,
               bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              Barbara A. Fein    on behalf of Creditor    Toyota Motor Credit Corporation juliep@lobaf.com,
               lawofficeofbarbarafein@gmail.com
              Daniel P. Foster    on behalf of Debtor Kimberly Sue Stewart dan@mrdebtbuster.com,
               clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 5
```