**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>KIMBERLY SUE STEWART<br><br>Debtor(s)<br><br>Ronda J. Winnecour<br>    Movant<br>vs.<br>No Repondents. | Case No.:12-11794 TPA<br><br><br>Document No.: |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 12/31/2012 and confirmed on 03/12/2013. The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 10,037.00 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 10,037.00 |
| | | |
| Administrative Fees | | |
|     Filing Fee | 0.00 | |
|     Notice Fee | 0.00 | |
|     Attorney Fee | 3,169.61 | |
|     Trustee Fee | 358.68 | |
|     Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 3,528.29 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   TOYOTA MOTOR CREDIT CORP (TMCC) | 5,180.25 | 5,180.25 | 1,328.46 | 6,508.71 |
|     Acct: XXXXXXXX7718 | | | | |
| | | | | 6,508.71 |
| **Priority** | | | | |
|   DANIEL P FOSTER ESQ** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   KIMBERLY SUE STEWART | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   ESTATE OF ROBERT E MCBRIDE | 3,200.00 | 3,169.61 | 0.00 | 0.00 |
|     Acct: | | | | |
|   MILLCREEK TOWNSHIP (EIT) | 124.06 | 0.00 | 0.00 | 0.00 |
|     Acct: XXXXXX: 11 | | | | |
|   PA DEPARTMENT OF REVENUE* | 72.58 | 0.00 | 0.00 | 0.00 |
|     Acct: XXXXXX: 11 | | | | |
|   INTERNAL REVENUE SERVICE* | 1,240.21 | 0.00 | 0.00 | 0.00 |
|     Acct: XXXXXX2012 | | | | |

***N O N E***

| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---:|---:|---:|---:|
| Unsecured | | | | | |
| | PORTFOLIO INVESTMENTS II LLC<br>Acct: 0001 | 445.80 | 0.00 | 0.00 | 0.00 |
| | ACCOUNTS RECEIVABLE MANAGEMENT,<br>Acct: XXXX8582 | 0.00 | 0.00 | 0.00 | 0.00 |
| | ADVANCE AMERICA<br>Acct: ? | 0.00 | 0.00 | 0.00 | 0.00 |
| | ADVANTAGE PHYSICIAL THERAPY<br>Acct: ? | 0.00 | 0.00 | 0.00 | 0.00 |
| | AFNI INC**++<br>Acct: ? | 0.00 | 0.00 | 0.00 | 0.00 |
| | AFNI INC**++<br>Acct: ? | 0.00 | 0.00 | 0.00 | 0.00 |
| | APPLE HILL PODIATRY ASSOC<br>Acct: ? | 0.00 | 0.00 | 0.00 | 0.00 |
| | ASSOCIATED CLINICAL LABORATORY<br>Acct: XXXXXX3455 | 0.00 | 0.00 | 0.00 | 0.00 |
| | JEFFERSON CAPITAL SYSTEMS LLC*<br>Acct: 7098 | 580.69 | 0.00 | 0.00 | 0.00 |
| | BERKS CREDIT & COLLECTIONS INC*<br>Acct: XXXXXXXXXXXX9546 | 0.00 | 0.00 | 0.00 | 0.00 |
| | BERKS CREDIT & COLLECTIONS INC*<br>Acct: XXXXXXXXXXXX1978 | 0.00 | 0.00 | 0.00 | 0.00 |
| | BERKS CREDIT & COLLECTIONS INC*<br>Acct: XXXXXXXXXXXX6995 | 0.00 | 0.00 | 0.00 | 0.00 |
| | BOYD/WILSON PROP MANGEMENT<br>Acct: ? | 0.00 | 0.00 | 0.00 | 0.00 |
| | BRIGHT HORIZONS<br>Acct: ? | 0.00 | 0.00 | 0.00 | 0.00 |
| | BUREAU OF ACCOUNT MANAGEMENT<br>Acct: ? | 0.00 | 0.00 | 0.00 | 0.00 |
| | CAPITAL ONE(*)<br>Acct: ? | 0.00 | 0.00 | 0.00 | 0.00 |
| | CARDIAC DIAGNOSTIC ASSOCIATES<br>Acct: ? | 0.00 | 0.00 | 0.00 | 0.00 |
| | CB ACCOUNTS**<br>Acct: ? | 0.00 | 0.00 | 0.00 | 0.00 |
| | CBCS++<br>Acct: ? | 0.00 | 0.00 | 0.00 | 0.00 |
| | CBJ CREDIT RECOVERY<br>Acct: XXXXXX7754 | 0.00 | 0.00 | 0.00 | 0.00 |
| | COLUMBIA GAS OF PA INC(*)<br>Acct: 0014 | 526.13 | 0.00 | 0.00 | 0.00 |
| | COMCAST*++<br>Acct: XXXXXXXX8605 | 0.00 | 0.00 | 0.00 | 0.00 |
| | COMMERCIAL ACCEPTANCE++<br>Acct: ? | 0.00 | 0.00 | 0.00 | 0.00 |
| | COMMERCIAL ACCEPTANCE++<br>Acct: ? | 0.00 | 0.00 | 0.00 | 0.00 |
| | CONTRACT CALLERS INC++<br>Acct: XXXXXXX4212 | 0.00 | 0.00 | 0.00 | 0.00 |
| | CONVERGENT OUTSOURCING<br>Acct: XXXX6149 | 0.00 | 0.00 | 0.00 | 0.00 |
| | CREDIT BUREAU OF YORK<br>Acct: ? | 0.00 | 0.00 | 0.00 | 0.00 |
| | CREDIT MANAGEMENT CO<br>Acct: XXX5493 | 0.00 | 0.00 | 0.00 | 0.00 |
| | CREDITECH<br>Acct: ? | 0.00 | 0.00 | 0.00 | 0.00 |
| | CREDITECH | 0.00 | 0.00 | 0.00 | 0.00 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
|    Acct: XXX9345 | | | | |
|   VA POWER & LIGHT | 0.00 | 0.00 | 0.00 | 0.00 |
|    Acct: XXXXXX8060 | | | | |
|   DRS GOLDEN & MATZ LLC | 0.00 | 0.00 | 0.00 | 0.00 |
|    Acct: ? | | | | |
|   DRS GOLDEN & MATZ LLC | 0.00 | 0.00 | 0.00 | 0.00 |
|    Acct: ? | | | | |
|   EMERGYCARE INC | 0.00 | 0.00 | 0.00 | 0.00 |
|    Acct: ? | | | | |
|   EOS CCA | 0.00 | 0.00 | 0.00 | 0.00 |
|    Acct: ? | | | | |
|   FIRST ENERGY/PA ELECTRIC CO/GPU | 0.00 | 0.00 | 0.00 | 0.00 |
|    Acct: ? | | | | |
|   MEDSTAR FRANKLIN SQUARE MEDICAL C | 0.00 | 0.00 | 0.00 | 0.00 |
|    Acct: ? | | | | |
|   GEMB/JCPENNEY++ | 0.00 | 0.00 | 0.00 | 0.00 |
|    Acct: ? | | | | |
|   GINNYS | 268.14 | 0.00 | 0.00 | 0.00 |
|    Acct: 8630 | | | | |
|   GREAT LAKES HOME HEALTHCARE | 0.00 | 0.00 | 0.00 | 0.00 |
|    Acct: XX8681 | | | | |
|   PRA/PORTFOLIO RECOVERY ASSOC | 463.22 | 0.00 | 0.00 | 0.00 |
|    Acct: 7810 | | | | |
|   BON TON | 0.00 | 0.00 | 0.00 | 0.00 |
|    Acct: ? | | | | |
|   HSBC BANK++ | 0.00 | 0.00 | 0.00 | 0.00 |
|    Acct: ? | | | | |
|   IC SYSTEM INC | 0.00 | 0.00 | 0.00 | 0.00 |
|    Acct: ? | | | | |
|   CAPITAL ONE(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|    Acct: ? | | | | |
|   LAHEY CLINIC/NORTHEASTERN HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
|    Acct: XXXXX9538 | | | | |
|   LAKE ERIE SPINE & INJURY CENTER | 0.00 | 0.00 | 0.00 | 0.00 |
|    Acct: 4523 | | | | |
|   DEPARTMENT STORES NATIONAL BNK | 0.00 | 0.00 | 0.00 | 0.00 |
|    Acct: ? | | | | |
|   MARCAM ASSOC BILLING & ACCOUNTS RE | 0.00 | 0.00 | 0.00 | 0.00 |
|    Acct: XX9116 | | | | |
|   MARYLAND FAMILY CARE | 0.00 | 0.00 | 0.00 | 0.00 |
|    Acct: XX2877 | | | | |
|   MEDICOR ASSOCIATES INC | 0.00 | 0.00 | 0.00 | 0.00 |
|    Acct: ? | | | | |
|   MEMORIAL HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
|    Acct: XXXXX0146 | | | | |
|   MILLCREEK PARAMEDIC SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
|    Acct: XXXXXXXXX8203 | | | | |
|   MOHELA O/B/O DEPT OF EDUCATION | 11,486.64 | 0.00 | 0.00 | 0.00 |
|    Acct: 5652 | | | | |
|   NATIONAL FUEL GAS DISTRIB CORP | 190.40 | 0.00 | 0.00 | 0.00 |
|    Acct: 6810 | | | | |
|   NRA GROUP LLC* | 0.00 | 0.00 | 0.00 | 0.00 |
|    Acct: XXX6240 | | | | |
|   NRA GROUP LLC* | 0.00 | 0.00 | 0.00 | 0.00 |
|    Acct: XXX9582 | | | | |
|   NRA GROUP LLC* | 0.00 | 0.00 | 0.00 | 0.00 |
|    Acct: ? | | | | |
|   NCO FINANCIAL SYSTEMS INC(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|    Acct: ? | | | | |

| 12-11794 TPA | TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS | | | Page 4 of 5 |
|---|---|---|---|---|
| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| Unsecured | | | | |
| NCO FINANCIAL SYSTEMS INC(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: ? | | | | |
| NCO FINANCIAL SYSTEMS INC(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: ? | | | | |
| NCO FINANCIAL SYSTEMS INC(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: ? | | | | |
| PA COLLECTION SVCS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXXXXXXX8203 | | | | |
| PATIENT FIRST | 119.26 | 0.00 | 0.00 | 0.00 |
| Acct: XXX8389 | | | | |
| PENNSYLVANIA ELECTRIC/PENELEC - A F | 628.47 | 0.00 | 0.00 | 0.00 |
| Acct: XXXXXXXX7629 | | | | |
| PINNACLE CREDIT SERVICES LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: ? | | | | |
| PLAZA DENTAL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XX5218 | | | | |
| PORTFOLIO INVESTMENTS II LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: ? | | | | |
| PRIMUS AUTOMOTIVE FNCL SVCS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: ? | | | | |
| RESORT MANAGEMENT | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: ? | | | | |
| RJM ACQUISITIONS LLC*++ | 55.97 | 0.00 | 0.00 | 0.00 |
| Acct: 0476 | | | | |
| RJM ACQUISITIONS LLC*++ | 355.21 | 0.00 | 0.00 | 0.00 |
| Acct: 8890 | | | | |
| SAINT MARYS HOME OF ERIE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: ? | | | | |
| SAINT VINCENT HEALTH CENTER | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXXX6288 | | | | |
| US DEPARTMENT OF EDUCATION** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: ? | | | | |
| UNITED COLLECTION SVC++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: ? | | | | |
| CONVERGENT HEALTHCARE RECOVERIES | 357.60 | 0.00 | 0.00 | 0.00 |
| Acct: 5662 | | | | |
| UPMC REHABILITATION | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: ? | | | | |
| UPMC PHYSICIAN SERVICES++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXXX0738 | | | | |
| UPMC PHYSICIAN SERVICES++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXXX3827 | | | | |
| UPMC REHABILITATION | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXXX5050 | | | | |
| UPMC PHYSICIAN SERVICES++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: ? | | | | |
| VERIZON**++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX5197 | | | | |
| VERIZON**++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXX4689 | | | | |
| VERIZON**++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: ? | | | | |
| AFNI INC**++ | 135.50 | 0.00 | 0.00 | 0.00 |
| Acct: 8939 | | | | |
| WILLIAM H WALTERS DDS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: ? | | | | |
| WELLSPAN MEDICAL GROUP | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: ? | | | | |
| WELLSPAN MEDICAL GROUP | 0.00 | 0.00 | 0.00 | 0.00 |

| 12-11794 TPA | TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS | | | Page 5 of 5 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
|    Acct: ? | | | | |
|   WINDSOR COMMONS | 0.00 | 0.00 | 0.00 | 0.00 |
|    Acct: XX5968 | | | | |
|   YORK HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
|    Acct: XXXXX4504 | | | | |
|   YORK HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
|    Acct: ? | | | | |
|   YORK HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
|    Acct: ? | | | | |
|   SAINT VINCENT INSTITUTE* | 0.00 | 0.00 | 0.00 | 0.00 |
|    Acct: ? | | | | |
|   SPRINT TOGETHER WITH NEXTEL** | 1,466.77 | 0.00 | 0.00 | 0.00 |
|    Acct: 6517 | | | | |
|   ST JOSEPH HEALTH CNTR | 0.00 | 0.00 | 0.00 | 0.00 |
|    Acct: XXXXX5877 | | | | |
|   ST JOSEPH HEALTH CNTR | 0.00 | 0.00 | 0.00 | 0.00 |
|    Acct: XXXXX9562 | | | | |
|   TIME WARNER CABLE | 0.00 | 0.00 | 0.00 | 0.00 |
|    Acct: XXXXX9704 | | | | |
|   US DEPARTMENT OF EDUCATION** | 115.57 | 0.00 | 0.00 | 0.00 |
|    Acct: 5662 | | | | |
|   MALENO FAMILY LP | 0.00 | 0.00 | 0.00 | 0.00 |
|    Acct: | | | | |
|   INTERNAL REVENUE SERVICE* | 60.66 | 0.00 | 0.00 | 0.00 |
|    Acct: 5662 | | | | |
|   ANDREW F GORNALL ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|    Acct: | | | | |

\* \* \* N O N E \* \* \*

TOTAL PAID TO CREDITORS                                                                                     6,508.71

TOTAL CLAIMED
| PRIORITY | 1,436.85 |
| SECURED | 5,180.25 |
| UNSECURED | 17,256.03 |

Date: 10/12/2016

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com