**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**
**ERIE DIVISION**

In re:
         KIMBERLY SUE STEWART

              Debtor(s)

Case No. 12-11794TPA

### CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Ronda J. Winnecour, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1)  The case was filed on 12/31/2012.

2)  The plan was confirmed on 03/12/2013.

3)  The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1328 on 09/26/2013.

4)  The trustee filed action to remedy default by the debtor in performance under the plan on 07/14/2016.

5)  The case was dismissed on 09/02/2016.

6)  Number of months from filing to last payment: 0.

7)  Number of months case was pending: 46.

8)  Total value of assets abandoned by court order:  NA .

9)  Total value of assets exempted: $17,935.43.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $10,037.00 |
| Less amount refunded to debtor | $0.00 |

**NET RECEIPTS:** $10,037.00

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $3,169.61 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $358.68 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $3,528.29

Attorney fees paid and disclosed by debtor: $500.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| ACCOUNTS RECEIVABLE MANAGEM | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| ADVANCE AMERICA | Unsecured | 310.00 | NA | NA | 0.00 | 0.00 |
| ADVANTAGE PHYSICIAL THERAPY | Unsecured | 90.00 | NA | NA | 0.00 | 0.00 |
| AFNI INC**++ | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| AFNI INC**++ | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| AFNI INC**++ | Unsecured | 135.50 | 135.50 | 135.50 | 0.00 | 0.00 |
| APPLE HILL PODIATRY ASSOC | Unsecured | 30.00 | NA | NA | 0.00 | 0.00 |
| ASSOCIATED CLINICAL LABORATOR | Unsecured | 4.43 | NA | NA | 0.00 | 0.00 |
| BERKS CREDIT & COLLECTIONS INC | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| BERKS CREDIT & COLLECTIONS INC | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| BERKS CREDIT & COLLECTIONS INC | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| BON TON | Unsecured | 593.00 | NA | NA | 0.00 | 0.00 |
| BOYD/WILSON PROP MANGEMENT | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| BRIGHT HORIZONS | Unsecured | 1,500.00 | NA | NA | 0.00 | 0.00 |
| BUREAU OF ACCOUNT MANAGEMEI | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE(*) | Unsecured | 463.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE(*) | Unsecured | 727.00 | NA | NA | 0.00 | 0.00 |
| CARDIAC DIAGNOSTIC ASSOCIATES | Unsecured | 594.00 | NA | NA | 0.00 | 0.00 |
| CB ACCOUNTS** | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CBCS++ | Unsecured | 526.00 | NA | NA | 0.00 | 0.00 |
| CBJ CREDIT RECOVERY | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| COLUMBIA GAS OF PA INC(*) | Unsecured | 526.13 | 526.13 | 526.13 | 0.00 | 0.00 |
| COMCAST*++ | Unsecured | 133.87 | NA | NA | 0.00 | 0.00 |
| COMMERCIAL ACCEPTANCE++ | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| COMMERCIAL ACCEPTANCE++ | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CONTRACT CALLERS INC++ | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CONVERGENT HEALTHCARE RECOV | Unsecured | 176.00 | 357.60 | 357.60 | 0.00 | 0.00 |
| CONVERGENT OUTSOURCING | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CREDIT BUREAU OF YORK | Unsecured | 192.00 | NA | NA | 0.00 | 0.00 |
| CREDIT MANAGEMENT CO | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CREDITECH | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| CREDITECH | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| DEPARTMENT STORES NATIONAL B | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| DRS GOLDEN & MATZ LLC | Unsecured | 208.00 | NA | NA | 0.00 | 0.00 |
| DRS GOLDEN & MATZ LLC | Unsecured | 187.00 | NA | NA | 0.00 | 0.00 |
| EMERGYCARE INC | Unsecured | 45.00 | NA | NA | 0.00 | 0.00 |
| EOS CCA | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| FIRST ENERGY/PA ELECTRIC CO/GPU | Unsecured | 595.20 | NA | NA | 0.00 | 0.00 |
| GEMB/JCPENNEY++ | Unsecured | 675.00 | NA | NA | 0.00 | 0.00 |
| GINNYS | Unsecured | 253.56 | 268.14 | 268.14 | 0.00 | 0.00 |
| GREAT LAKES HOME HEALTHCARE | Unsecured | 49.13 | NA | NA | 0.00 | 0.00 |
| HSBC BANK++ | Unsecured | 775.00 | NA | NA | 0.00 | 0.00 |
| IC SYSTEM INC | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE* | Priority | 1,254.11 | 1,240.21 | 1,240.21 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE* | Unsecured | 0.00 | 60.66 | 60.66 | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS LLC* | Unsecured | 580.69 | 580.69 | 580.69 | 0.00 | 0.00 |
| LAHEY CLINIC/NORTHEASTERN HOS | Unsecured | 445.35 | NA | NA | 0.00 | 0.00 |
| LAKE ERIE SPINE & INJURY CENTER | Unsecured | 1,025.00 | NA | NA | 0.00 | 0.00 |
| MALENO FAMILY LP | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| MARCAM ASSOC BILLING & ACCOU | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| MARYLAND FAMILY CARE | Unsecured | 788.20 | NA | NA | 0.00 | 0.00 |
| MEDICOR ASSOCIATES INC | Unsecured | 41.00 | NA | NA | 0.00 | 0.00 |
| MEDSTAR FRANKLIN SQUARE MEDI | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| MEMORIAL HOSPITAL | Unsecured | 873.00 | NA | NA | 0.00 | 0.00 |
| MILLCREEK PARAMEDIC SERVICE | Unsecured | 724.00 | NA | NA | 0.00 | 0.00 |
| MILLCREEK TOWNSHIP (EIT) | Priority | 124.06 | NA | 124.06 | 0.00 | 0.00 |
| MOHELA O/B/O DEPT OF EDUCATION | Unsecured | 11,108.00 | 11,486.64 | 11,486.64 | 0.00 | 0.00 |
| NATIONAL FUEL GAS DISTRIB CORP | Unsecured | 183.24 | 190.40 | 190.40 | 0.00 | 0.00 |
| NCO FINANCIAL SYSTEMS INC(*) | Unsecured | 603.00 | NA | NA | 0.00 | 0.00 |
| NCO FINANCIAL SYSTEMS INC(*) | Unsecured | 63.00 | NA | NA | 0.00 | 0.00 |
| NCO FINANCIAL SYSTEMS INC(*) | Unsecured | 240.00 | NA | NA | 0.00 | 0.00 |
| NCO FINANCIAL SYSTEMS INC(*) | Unsecured | 208.00 | NA | NA | 0.00 | 0.00 |
| NRA GROUP LLC* | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| NRA GROUP LLC* | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| NRA GROUP LLC* | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| PA COLLECTION SVCS | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| PA DEPARTMENT OF REVENUE* | Priority | 72.58 | NA | 72.58 | 0.00 | 0.00 |
| PATIENT FIRST | Unsecured | 351.28 | 119.26 | 119.26 | 0.00 | 0.00 |
| PENNSYLVANIA ELECTRIC/PENELEC | Unsecured | 167.05 | 628.47 | 628.47 | 0.00 | 0.00 |
| PINNACLE CREDIT SERVICES LLC | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| PLAZA DENTAL | Unsecured | 163.78 | NA | NA | 0.00 | 0.00 |
| PORTFOLIO INVESTMENTS II LLC | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| PORTFOLIO INVESTMENTS II LLC | Unsecured | 446.00 | 445.80 | 445.80 | 0.00 | 0.00 |
| PRA/PORTFOLIO RECOVERY ASSOC | Unsecured | 281.12 | 463.22 | 463.22 | 0.00 | 0.00 |
| PRIMUS AUTOMOTIVE FNCL SVCS | Unsecured | 8,501.00 | NA | NA | 0.00 | 0.00 |
| RESORT MANAGEMENT | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| RJM ACQUISITIONS LLC*++ | Unsecured | 55.97 | 55.97 | 55.97 | 0.00 | 0.00 |
| RJM ACQUISITIONS LLC*++ | Unsecured | 355.21 | 355.21 | 355.21 | 0.00 | 0.00 |
| SAINT MARYS HOME OF ERIE | Unsecured | 553.00 | NA | NA | 0.00 | 0.00 |
| SAINT VINCENT HEALTH CENTER | Unsecured | 327.00 | NA | NA | 0.00 | 0.00 |
| SAINT VINCENT INSTITUTE* | Unsecured | 180.00 | NA | NA | 0.00 | 0.00 |
| SPRINT TOGETHER WITH NEXTEL** | Unsecured | 847.00 | 619.72 | 1,466.77 | 0.00 | 0.00 |
| ST JOSEPH HEALTH CNTR | Unsecured | 22.41 | NA | NA | 0.00 | 0.00 |
| ST JOSEPH HEALTH CNTR | Unsecured | 28.75 | NA | NA | 0.00 | 0.00 |
| TIME WARNER CABLE | Unsecured | 262.42 | NA | NA | 0.00 | 0.00 |
| TOYOTA MOTOR CREDIT CORP (TMC | Secured | 9,610.38 | 9,610.38 | 5,180.25 | 5,180.25 | 1,328.46 |
| UNITED COLLECTION SVC++ | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| UPMC PHYSICIAN SERVICES++ | Unsecured | 3,143.00 | NA | NA | 0.00 | 0.00 |
| UPMC PHYSICIAN SERVICES++ | Unsecured | 3,908.00 | NA | NA | 0.00 | 0.00 |
| UPMC PHYSICIAN SERVICES++ | Unsecured | 445.60 | NA | NA | 0.00 | 0.00 |
| UPMC REHABILITATION | Unsecured | 140.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| UPMC REHABILITATION | Unsecured | 15.00 | NA | NA | 0.00 | 0.00 |
| US DEPARTMENT OF EDUCATION** | Unsecured | NA | 115.57 | 115.57 | 0.00 | 0.00 |
| US DEPARTMENT OF EDUCATION** | Unsecured | 1,200.00 | NA | NA | 0.00 | 0.00 |
| VA POWER & LIGHT | Unsecured | 108.36 | NA | NA | 0.00 | 0.00 |
| VERIZON**++ | Unsecured | 1,100.49 | NA | NA | 0.00 | 0.00 |
| VERIZON**++ | Unsecured | 67.02 | NA | NA | 0.00 | 0.00 |
| VERIZON**++ | Unsecured | 179.19 | NA | NA | 0.00 | 0.00 |
| WELLSPAN MEDICAL GROUP | Unsecured | 1,410.49 | NA | NA | 0.00 | 0.00 |
| WELLSPAN MEDICAL GROUP | Unsecured | 54.00 | NA | NA | 0.00 | 0.00 |
| WILLIAM H WALTERS DDS | Unsecured | 16.40 | NA | NA | 0.00 | 0.00 |
| WINDSOR COMMONS | Unsecured | 3,319.00 | NA | NA | 0.00 | 0.00 |
| YORK HOSPITAL | Unsecured | 12,605.60 | NA | NA | 0.00 | 0.00 |
| YORK HOSPITAL | Unsecured | 1,336.00 | NA | NA | 0.00 | 0.00 |
| YORK HOSPITAL | Unsecured | 113.00 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $5,180.25 | $5,180.25 | $1,328.46 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$5,180.25** | **$5,180.25** | **$1,328.46** |
| | | | |
| **Priority Unsecured Payments**: | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $1,436.85 | $0.00 | $0.00 |
| **TOTAL PRIORITY**: | **$1,436.85** | **$0.00** | **$0.00** |
| | | | |
| **GENERAL UNSECURED PAYMENTS**: | **$17,256.03** | **$0.00** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $3,528.29 |
| Disbursements to Creditors | $6,508.71 |
| **TOTAL DISBURSEMENTS** : | **$10,037.00** |

**UST Form 101-13-FR-S (9/1/2009)**

12)  The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 11/07/2016                          By: /s/ Ronda J. Winnecour
                                               Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**