## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE: Kimberly Sue Stewart                    CHAPTER 13
      Debtor(s)

                                    BKY. NO. 12-11794


## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of Champion Mortgage LLC, as Servicer, and index same on the master mailing list.

Re: Loan # Ending In: 1313


                             Respectfully submitted,


                             **/s/ James C. Warmbrodt, Esquire**
                             James C. Warmbrodt, Esquire
                             jwarmbrodt@kmllawgroup.com
                             Attorney I.D. No. 42524
                             KML Law Group, P.C.
                             701 Market Street, Suite 5000
                             Philadelphia, PA 19106
                             Phone: 215-825-6306
                             Fax: 215-825-6406
                             Attorney for Movant/Applicant